Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 10 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS SHANE BARNES,<br><br>Defendant. | **1:25-CR-2067-SAB**<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. §§ 922(g), 924(a)(8)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C. 2461(c)<br>Forfeiture Allegation |

The Grand Jury charges:

On or about November 22, 2024, in the Eastern District of Washington, the Defendant, TRAVIS SHANE BARNES, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: an Interarms M88 .38 Special Caliber revolver bearing serial number W236783, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§  922(g)(1), 924(a)(8).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegation contained in this Indictment is hereby realleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8), as set forth in this Indictment, the Defendant, TRAVIS SHANE BARNES, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- an Interarms M88 .38 Special Caliber revolver bearing serial number W236783 and loaded five rounds of .38 special ammunition

DATED this 10 day of June, 2025.

A TRUE BILL

Foreperson

Richard R. Barker
Acting United States Attorney

Courtney R. Pratten
Assistant United States Attorney

INDICTMENT – 2